SHIRLEY HONIG, Appellant, *v.* WILLIAM HONIG, Respondent.

Submitted November 13, 1944; decided November 22, 1944.

*Aaron Fleissig* for motion.

No one opposed.

Motion granted and appeal dismissed.